# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN,<br><br>    Plaintiff,<br><br>v.<br><br>D. CARRILLO,<br><br>    Defendant. | Case No. 1:19-cv-00946-DAD-JDP<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO REMOVE TO STATE COURT WITHIN THIRTY (30) DAYS<br><br>ECF No. 6 |

Plaintiff Marcos Casey Guillen is a state prisoner proceeding without counsel in this civil rights action. The matter is before this court after being removed from Kern County Superior Court. *See* ECF No. 1. On July 31, 2019, plaintiff filed a motion to remove the case to state court, asserting that his complaint is based on state law and that a state court can adequately review any related federal claims. *See* ECF No. 6.

Within thirty (30) days of the date of service of this order, defendant must file a response to plaintiff's motion.

IT IS SO ORDERED.

Dated:   August 2, 2019                                  _____
                                                                    UNITED STATES MAGISTRATE JUDGE