UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CARRILLO,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00946-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SUPPPLEMENT HIS COMPLAINT AS UNNECESSARY<br><br>ECF No. 12<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THRITY DAYS |

　　　　Plaintiff Marcos Casey Guillen is a state prisoner proceeding without counsel in this civil rights action. Plaintiff has filed a motion to supplement his pleading. ECF No. 12. Because Guillen's complaint awaits screening and has not been served, Federal Rule of Civil Procedure 15 allows him to amend his pleading without the court's permission. His motion is therefore denied as unnecessary. We note, however, that the Eastern District's Local Rule 220 requires that any amended or supplemented pleading "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Thus, if plaintiff wishes to supplement his complaint, he should file a new complaint—one that will completely replace his original one.

　　　　Plaintiff is ordered to file an amended complaint within thirty days of the date of service of this order. We will await plaintiff's amended complaint before screening this case.

IT IS SO ORDERED.

Dated:   January 14, 2020   

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.