# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>           Plaintiff,<br><br>   v.<br><br>CARILLO,<br><br>           Defendant. | Case No. 1:19-cv-00946-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE<br>(ECF No. 23)<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE (VIA ZOOM)<br><br>**Date: September 15, 2020**<br>**Time: 1:30 p.m.** |

Plaintiff Marcos Casey Guillen, III ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference in this matter is currently scheduled on September 15, 2020, at 1:30 p.m. before the undersigned.

On July 2, 2020, Plaintiff filed a motion requesting to appear at the settlement conference by telephone or video. (ECF No. 23.) Plaintiff states that to travel to the courthouse in Fresno, California, he will be required to pack all of his personal active cases, which would violate his First and Fourteenth Amendment rights to access the courts and petition the government, because he has three other active legal cases. Plaintiff states that in his experience, sometimes an inmate's property, including legal property, will be stored at the inmate's original assigned prison when the inmate is transferred to a prison closer to the court. Plaintiff argues that he cannot be away from his legal material at any time because without notice a deadline will occur and the Plaintiff will

need to do legal work in one of his four active cases.  Plaintiff is also concerned that if he is transported he will lose his housing assignment on his preferred yard at his current institution.  Finally, Plaintiff argues that he is also concerned about COVID-19.  (Id.)

Defendant has not yet filed a response to Plaintiff's motion, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Upon review of Plaintiff's motion, the Court does not find that Plaintiff's arguments regarding the packing up of Plaintiff's legal property or the potential loss of his preferred yard assignment to be compelling reasons for Plaintiff to appear remotely.  However, in light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds it appropriate for the parties to appear remotely, via Zoom.  Counsel for Defendant shall appear by video, and Plaintiff shall appear by video or by telephone, depending on the technology available at his current institution.

Counsel for Defendant is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to ascertain the feasibility of Plaintiff's appearance, either by video or by telephone at the date and time of the settlement conference.  Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom video and dial-in information for all parties.  Counsel shall then provide the appropriate contact information to the Litigation Coordinator (either Zoom video information or Zoom dial-in information) to facilitate Plaintiff's remote appearance.

Accordingly, Plaintiff's motion to appear remotely at the settlement conference, (ECF No. 23), is HEREBY GRANTED, as discussed above.

IT IS SO ORDERED.

Dated:   **July 22, 2020**              /s/ *Barbara A. McAuliffe*          
                                                      UNITED STATES MAGISTRATE JUDGE