UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>  Plaintiff,<br><br>  v.<br><br>D. CARILLO,<br><br>  Defendant. | Case No. 1:19-cv-00946-ADA-HBK (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM[1]<br><br>(Doc. No. 48) |

Marco Casey Guillen, III, CDCR # K-04517 a necessary and material witness in a settlement conference in this case on October 20, 2022, is confined in the California Correctional Institution (CCI), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, **by Zoom video conference** from his place of confinement, on **Thursday, October 20, 2022 at 11:00 a.m**.

Accordingly, it is **ORDERED**:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information

---

[1] This matter was initially scheduled to occur on October 13, 2022. (Doc. Nos. 46, 48). As discussed on October 13, 2022 with the parties, the Court ordered a further settlement conference to occur on October 20, 2022. (Doc. No. 48).

will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Correctional Institution at (661) 823-5023 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CCI, P. O. Box 1031, Tehachapi, California 93581**:

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 17, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2